**In re ZIMMERMAN & PARTNERS ADVERTISING, INC.**

No. 05–1167.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2005.

Before CLEVENGER, RADER and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.